**Wayne BURWELL, Plaintiff–Appellee,**

v.

**Scott MOODY, Hartford Police Officer, in his individual capacity and as an employee of the Town of Hartford, Glenn Cutting, Hartford Police Chief, in his individual capacity and as an employee of the Town of Hartford, and Town of Hartford for the Negligence of Emily Leinoff, for the negligence of Martha Morse, Defendants,**

**Fredrick Peyton, Hartford Police Officer, in his individual capacity and as an employee of the Town of Hartford, and Kristinnah Adams, Hartford Police Officer, in her individual capacity and as an employee of the Town of Hartford, Defendants–Appellants.±**

15–3832–cv

United States Court of Appeals, Second Circuit.

November 30, 2016

For Plaintiff–Appellee: CRISTINA ROUSSEAU (Robin C. Curtis, on the brief) Van Dorn, Curtiss, & Rousseau, PLLC, Orford, NH.

For Defendants–Appellants: JAMES F. CARROLL, English, Carroll & Boe, PC, Middlebury, VT.

PRESENT: José A. Cabranes, Rosemary S. Pooler, Circuit Judges, John G. Koeltl, District Judge.*

**SUMMARY ORDER**

Town of Hartford Police Officers Fredrick Peyton and Kristinnah Adams appeal from an order of the District Court entered on September 14, 2015 denying them qualified immunity. We have reviewed all of the arguments raised by Officers Peyton and Adams on appeal and find them to be without merit. Accordingly, we **AFFIRM** the September 14, 2015 Order of the District Court for substantially the reasons stated by the District Court in its Memorandum and Order filed the same day.